GRENGARD CORPORATION, Respondent, *v.* KEW GARDENS
CORPORATION et al., Defendants, and N. GIST LAMDIN
et al., Appellants.

(Submitted October 5, 1936; decided October 6, 1936.)

*Thomas D. Hewitt* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless undertaking on appeal
is filed within ten days, in which event the motion is
denied.